**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PATRICK KELLER, ) | |
| On behalf of Plaintiff and a class, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| LVNV FUNDING, LLC and ) | |
| RESURGENT CAPITAL SERVICES, LP, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

PLEASE TAKE NOTICE that Defendants, LVNV Funding, LLC and Resurgent Capital Services, LP (hereinafter "Defendants"), hereby removes this action from the State of Illinois Circuit Court for McHenry County to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. §§ 1331 (federal question), 1441 and 1446, and as and for its short, plain statement of the grounds for removal, respectfully states and alleges as follows:

1. On January 18, 2022, Plaintiff Patrick Keller ("Keller"), filed a Complaint against Defendants in the Circuit Court for the State of Illinois – McHenry County, captioned *Patrick Keller v. LVNV Funding, LLC, et al*, Case No. 22-LA-000020 with the McHenry County Clerk of Court.

2. On January 24, 2022, Defendants first received the complaint within the meaning of 14 U.S.C. § 1446(b). No additional proceedings have been had in this action.

3. The Complaint filed by Keller, Exhibit 1, is a civil action of which this court has original jurisdiction pursuant to 28 U.S.C. § 1331 (federal question), in that it sets forth a claim for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq

("FDCPA"). Exhibit 1, p. 9-10. The Complaint also alleges violations of the Illinois Collection Agency Act ("ICAA") and the Illinois Consumer Fraud Act ("ICFA"). The court has supplemental jurisdiction over the ICAA and ICFA claims pursuant to 28 U.S.C. § 1367.

4. Removal is timely under 28 U.S.C. § 1446(b) as the Complaint was filed on January 18, 2022 and Defendants first received the Complaint through via service of process on January 24, 2022.

5. In accordance with 28 U.S.C. § 1446(d), written notice of removal is being provided to the plaintiff and filed with the Clerk of the Circuit Court for McHenry County.

Dated this 22rd day of February, 2022.

Respectfully submitted,

BARRON & NEWBURGER, PC

/s/ *Nabil G. Foster*
Nabil G. Foster

Nabil G. Foster
BARRON & NEWBURGER, PC
53 W. Jackson Blvd. Suite 1205
Chicago, IL 60604
Telephone: 312-767-5750
Facsimile: 312-229-9203
nfoster@bn-lawyers.com

## **CERTIFICATE OF SERVICE**

      I, Nabil G. Foster, an attorney, certify that I shall cause to be served a copy of the **NOTICE OF REMOVAL** upon the following individual(s), by deposit in the U.S. mail box postage prepaid, messenger delivery, Federal Express, facsimile transmitted from (312) 229-9203, or electronically via email or the Case Management/Electronic Case Filing System ("ECF") as indicated, on February 22, 2022.

| | | |
|---|---|---|
| _X_ | CM/ECF | *Attorneys for Plaintiff* |
| ___ | Facsimile | Daniel A. Edelman |
| ___ | Federal Express | Dulijaza Clark |
| ___ | E-Mail | Julia Ozello |
| ___ | U.S. Mail | Edelman, Combs, Latturner & Goodwin, LLC |
| ___ | Messenger | 20 South Clark Street, Suite 1500 |
| | | Chicago, IL 60603-1824 |
| | | courtecl@edcombs.com |

Nabil G. Foster                    *s/ Nabil G. Foster*
BARRON & NEWBURGER, PC     Nabil G. Foster
53 W. Jackson Blvd. # 1205          One of the Attorneys for Defendants
Chicago, IL 60604
Telephone: 312-767-5750
Facsimile: 312-229-9203
nfoster@bn-lawyers.com